379 P.2d 966

WINE GLASS RANCHES, INC., an Arizona corporation; B. A. Yarbro and Enid Yarbro, his wife, Petitioners,

v.

Honorable Anthony T. DEDDENS, Judge of the Superior Court of the State of Arizona, in and for the County of Cochise, and M. E. McPherson, Clerk of the Superior Court of the State of Arizona, in and for the County of Cochise; and Lester B. Stout and Mamie V. Stout, his wife, real parties in interest, Respondents.

No. 7844.

Supreme Court of Arizona,

En Banc.

March 28, 1963.

Rehearing Denied May 7, 1963.

McKesson, Renaud & Cook, by Theodore A. Julian, Phoenix, for petitioners.

John Pintek, Bisbee, for respondents.

reasons (1), (2) and (3) not more than six months after the judgment, order

or proceeding was entered or taken. * * * "

PER CURIAM.

This case arises out of the same fact situation and presents the same issues as Campbell v. Deddens, 93 Ariz. 247, 379 P.2d 963. It is in all respects controlled by our decision in that case.

The alternative writ previously issued in this case is quashed.